IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-301-SLR |
| | ) | |
| BUTAMAX™ ADVANCED BIOFUELS LLC and DU PONT, DE NEMOURS AND COMPANY | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GEVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-448-SLR |
| | ) | |
| BUTAMAX™ ADVANCED BIOFUELS LLC and DU PONT, DE NEMOURS AND COMPANY | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 8th day of February, 2014, consistent with the memorandum issued this same date;

IT IS ORDERED that Gevo's motion to stay is (D.I. 229) is granted.

United States District Judge